Certificate Number: 17082-MSN-DE-039698792

Bankruptcy Case Number: 25-11407



17082-MSN-DE-039698792

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 26, 2025, at 10:32 o'clock AM MST, CORY ROBERTS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date: May 26, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director